# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2007

Clifford W. Taylor,
Chief Justice

132203

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JUDITH KUZNAR and JOSEPH KUZNAR,
　　　Plaintiffs-Appellees,

v

SC: 132203
COA: 259501
Wayne CC: 03-333448-NO

RAKSHA CORPORATION, d/b/a CROWN
PHARMACY, and VALERIE RANDALL,
　　　Defendants-Appellants.
_____/

On order of the Court, the application for leave to appeal the August 22, 2006 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall include among the issues to be briefed whether a pharmacy is a "licensed health facility" under MCL 600.5838a, and whether, in light of MCL 333.17741, the pharmacist is a necessary party to a claim against a pharmacy for dispensing the wrong drug. Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2007

_____
Clerk

l0410